UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL,<br><br>    Plaintiff,<br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company; and DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. 2:16-cv-02132 BRO (GJSx)<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT HEALTH CARE SERVICE CORPORATION WITH PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)] |

Plaintiff BARLOW RESPIRATORY HOSPITAL ("Plaintiff") and Defendant HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY doing business in Texas as BLUE CROSS AND BLUE SHIELD OF TEXAS (hereinafter referred to as "HCSC") by and through their respective attorneys of record, hereby stipulate as follows:

    1.    Plaintiff's First Amended Complaint and all claims for relief stated therein, shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and,

///

///

    2.    Plaintiff and HCSC shall bear their own costs and fees.

IT IS SO STIPULATED.

Dated: February 9, 2017

VON BEHREN & HUNTER LLP
William E. von Behren
Joann Lee

By: /s/ William E. von Behren
William E. von Behren
Attorneys for Defendant
HEALTH CARE SERVICE
CORPORATION a Mutual Legal
Reserve Company doing business in
Illinois as Blue Cross Blue and Shield
of Texas

Dated: February 9, 2017

LAW OFFICES OF STEPHENSON ACQUISTO
& COLMAN, INC.
Susannah D. Dahlberg

By: /s/ Susannah D. Dahlberg
Susannah D. Dahlberg
Attorneys for Plaintiff
BARLOW RESPIRATORY
HOSPITAL

**IT IS SO ORDERED.**

**DATED:** FEBRUARY 15, 2017

_____
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER ON STIPULATION TO DISMISS DEFENDANT HEALTH CARE SERVICE CORPORATION WITH PREJUDICE